1  William N. Lobel (State Bar No. 93202)
   wlobel@thelobelfirm.com
2  Mike D. Neue (State Bar No. 179303)
   mneue@thelobelfirm.com
3  THE LOBEL FIRM, LLP
   840 Newport Center Drive, Suite 750
4  Newport Beach, CA  92660
   Telephone:    (949) 999-2860
5  Facsimile:    (949) 999-2870

6  [Proposed] Reorganization Counsel for the
   Debtor and Debtor-in-Possession, Dale Alfred
7  Williams

8

9                  UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

11 | In re                                    ) Case No.  8:11-bk-17595-RK
                                              )
12 | DALE ALFRED WILLIAMS,                    ) Chapter 11
   | Also known as DALE A. WILLIAMS,          )
13 |                                          )
                                              ) **NOTICE OF HEARING ON THE**
14 |         Debtor and Debtor-in-Possession. ) **APPLICATION OF DEBTOR TO**
                                              ) **EMPLOY THE LOBEL FIRM, LLP AS**
15 |                                          ) **REORGANIZATION COUNSEL**
                                              )
16 |                                          ) **Hearing:**
                                              ) Date:    July 19, 2011
17 |                                          ) Time:    2:30 p.m.
                                              ) Place:   Courtroom 5D
18 |                                          )

19  TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE,

20  THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-

21  INTEREST:

22         **PLEASE TAKE NOTICE** that The Lobel Firm, LLP ("TLF") has scheduled a hearing on

23  the Application of the Debtor to Employ The Lobel Firm, LLP as Reorganization Counsel

24  ("Application") to take place on July 19, 2011, at 2:30 p.m., before the Honorable Robert N.

25  Kwan, Courtroom 5D, located at 411 W. Fourth Street, Santa Ana, California.  A true and correct

26  copy of the Application is attached hereto as Exhibit "1" and incorporated herein by this reference.

27         **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Local Bankruptcy Rules, any

28  opposition to the Application must be in the form required by Local Bankruptcy Rule 9013-

1(f)(1), must be filed and served on the TLF, and the United States trustee not later than 14 days prior to the date of the scheduled hearing.  The failure of any party to timely file and serve such opposition may be deemed a waiver of any objections to the Application and the relief requested therein.

DATED:  June 27, 2011

THE LOBEL FIRM, LLP

By: /s/ William N. Lobel
William N. Lobel
Mike D. Neue
[Proposed] Reorganization Counsel for Debtor, Guy Cecil Alexander, Jr.

NOTICE OF HEARING ON THE APPLICATION OF
DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY
THE LOBEL FIRM, LLP AS REORGANIZATION
COUNSEL

- 2 -

8632