B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Central District of California

In re   Dale Alfred Williams                                          Case No.   8:11-bk-17595 RK
                         Debtor(s)                                    Chapter    11

# PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF DALE ALFRED WILLIAMS HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **June 30, 2011** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of **Dale Alfred Williams** holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
| --- | --- | --- |
| Bartlett Logistics One Management, LLC | 69.00% | 1 |
| Bristol Berry Tract, Ltd. | 93.75% | 2 |
| Camp City, LLC | 84.00% | 3 |
| Centurion 59046, LLC | 50.00% | 4 |
| CF/PO Co-Tenant | | 5 |
| Chateau Oaks Investors, Ltd. | 66.00% | 6 |
| Chateau Oaks Management, LLC | 77.0642% | 7 |
| Cherokee Management, LLC | 94.167% | 8 |
| Cypress Investors, Ltd. | 68.261% | 9 |
| Cypress Management, LLC | 99.00% | 10 |
| FBFSA, LLC, a Delaware limited liability company | 100% | 11 |
| Houston 5 Storage, Ltd. | 88.00% | 12 |
| Houston 5 Storage Management, LLC | 75.00% | 13 |
| Kirkman, Kennedy, Edgewater, LLC/Kirkman, Kennedy, Edgewater Management, LLC | 69% | 14 |
| Lake Osborne Self Storage, LLC | 67.00% | 15 |
| Lantana Cascade, Ltd. | 2.00% | 16 |
| Leasco Aviation 405DW, Inc. | 100% | 17 |
| Leasco Aviation, Inc. | 96.00% | 18 |
| Leasco Aviation Storage, Inc. | 4.762% | 19 |
| Leasco Investments, Inc. | 100% | 20 |
| Leasco Real Estate Investments, LLC | 3.50% | 21 |
| Leasco Management, LLC | 100% | 22 |
| Leasco Realty Company, Inc. | 100% | 23 |
| Lodi Investors, LLC | 69.9455% | 24 |
| Longwood Stor-It | 83.00% | 25 |
| Lottastorage, LLC | 97.00% | 26 |
| Maxey Storage Management, LLC | 75.00% | 27 |
| Maxey Storage, L.P. | 74.25% | 28 |
| Orange Blossom Trail, LLC | 81.00% | 29 |
| RGD Trust | 100% | 30 |
| Rory I, Ltd. | .79895% | 31 |
| Rosebay Inv., LP | 78.30% | 32 |
| Rosebay Management, LLC | 98.7084% | 33 |
| RS Minerals, LLC | 83.50% | 34 |
| SCHFC Management, Inc. | 33.34% | 35 |
| Simi Country/Simi Acres | 12.020%/15.402% | 36 |
| So. Coast Home Furnishings, LLC | 62.97% | 37 |
| Storage Depot Investors, LLC | 84.8799% | 38 |
| Sure Save, LLC | 90.00% | 39 |
| Sure Save Storage Palm Desert | 11.8959% | 40 |

B26 (Official Form 26) (12/08) - Cont.                                                                                                              2

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| T-Can, LLC | 45.78% | 41 |
| TC Jester & 18th Ltd. | 92.95% | 42 |
| TC Jester & 18th Management, LLC | 75.00% | 43 |
| Techno DVD, LLC | 81.82% | 44 |
| The 49-010-19, LP | 81.82% | 45 |
| Villa Del Arroyo, Ltd. | 58.35% | 46 |
| Watkins Mini Storage, LLC | 69.9455% | 47 |
| Westwind Mobile Home Park, LLC | 100% | 48 |
| Winter Garden Self Storage, LLC | 88.00% | 49 |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of **Dale Alfred Williams** holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:    September 21, 2011

Signature(s) of Debtor(s) (Individual/Joint)

Dale Alfred Williams
Signature of Debtor