Attorney of Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

James C. Bastian, Jr. – Bar No. 175415
Rika M. Kido – Bar No. 273780
SHULMAN HODGES & BASTIAN LLP
8105 Irvine Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:  jbastian@shbllp.com; rkido@shbllp.com
*Attorney for* Dale A. Williams, Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CHAPTER 11 |
| --- | --- |
| DALE A. WILLIAMS, | CASE NUMBER 8:11-bk-17595-RK |
| | DATE:  10/18/11 |
| | TIME: 2:30 p.m. |
| Debtor. | COURTROOM: 5D |

## NOTICE OF MOTION FOR:

MOTION TO SET ASIDE ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN WHICH PACIFIC WESTERN BANK MAY FILE COMPLAINT UNDER 11 U.S.C. SECTIONS 523 AND/OR 727; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MIKE D. NEUE IN SUPPORT THEREOF

*(Specify name of Motion)*

1. TO: THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; DEBTORS; DEBTORS' ATTORNEY AND ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 10/18/11 | **Time:** 2:30 P.M. | **Courtroom:** 5D | **Floor:** 5th |
| --- | --- | --- | --- |

☐   **255 East Temple Street, Los Angeles**        ☒   **411 West Fourth Street, Santa Ana**
☐   **21041 Burbank Boulevard, Woodland Hills**        ☐   **1415 State Street, Santa Barbara**
☐   **3420 Twelfth Street, Riverside**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 9/22/11

Shulman Hodges & Bastian LLP
*Law Firm Name*

By: /s/ Rika M. Kido

Name: Rika M. Kido
*Attorney for Movant*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-1.1

1  James C. Bastian, Jr. – Bar No. 175415
   Rika M. Kido – Bar No. 273780
2  **SHULMAN HODGES & BASTIAN LLP**
   8105 Irvine Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:    jbastian@shbllp.com
5         rkido@shbllp.com

6  Attorneys for Dale A. Williams

7

8              **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

11  In re                          )    Case No.  8:11-bk-17595-RK
                                    )
12  **DALE A. WILLIAMS,**          )    Chapter 11
                                    )
13            Debtor.              )    **MOTION TO SET ASIDE ORDER**
                                    )    **GRANTING STIPULATION TO EXTEND**
14                                  )    **TIME WITHIN WHICH PACIFIC**
                                    )    **WESTERN BANK MAY FILE**
15                                  )    **COMPLAINT UNDER 11 U.S.C.**
                                    )    **SECTIONS 523 AND/OR 727;**
16                                  )    **MEMORANDUM OF POINTS AND**
                                    )    **AUTHORITIES; AND DECLARATION OF**
17                                  )    **MIKE D. NEUE IN SUPPORT THEREOF**
                                    )
18                                  )    <u>**Hearing**</u>
                                    )    Date:  October 18, 2011
19                                  )    Time:  2:30 p.m.
                                    )    Place: Courtroom 5D
20                                  )           Ronald Reagan Federal Building
                                    )           and United States Courthouse
21                                  )           411 West Fourth Street
                                    )           Santa Ana, California 92701
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )
                                    )
26  _____)

27

28

**SHULMAN HODGES &**
**BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

1    **TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY**

2    **JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; DEBTOR; AND ALL**

3    **INTERESTED PARTIES:**

4    Dale A. Williams ("Debtor"), hereby submits this Motion to Set Aside the Order

5    Granting Stipulation to Extend Time Within Which Pacific Western Bank May File Complaint

6    Under 11 U.S.C. Sections 523 and/or 727 (the "Motion") as follows:

7    **I.    SUMMARY OF ARGUMENT**

8    Creditor Pacific Western Bank ("PWB") failed to file the Stipulation to Extend Time

9    Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523 and/or

10    727 ("Stipulation") before the bar date to request an extension of such deadlines.  Pursuant to the

11    rules, the firm bar date to file a request for extension of the deadline to file a complaint to

12    determine nondischargeability was on September 6, 2011.  PWB filed the Stipulation on

13    September 7, 2011, *after* the bar date had passed.  The Order Granting Stipulation to Extend

14    Time Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523

15    and/or 727 ("Order") was entered on September 8, 2011.  The Debtor therefore requests that the

16    Court set aside the Order on one of the following grounds: (1) pursuant to Rule 60(b)(1), the

17    Court made a mistake in entering the Order because the Stipulation was not timely filed; (2)

18    pursuant to Rule 60(b)(4), the Order is void because the filing of the Stipulation was time-barred;

19    or (3) pursuant to Rule 60(b)(6), circumstances beyond his control prevented the Debtor's timely

20    action to protect his interests.

21    **II.    STATEMENT OF FACTS**

22    1.    The Debtor commenced the instant bankruptcy case under Chapter 11 by filing a

23    Voluntary Petition on May 27, 2011 ("Petition Date").

24    2.    As provided in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors,

25    and Deadlines filed on June 2, 2011, the deadline to file a complaint to determine

26    dischargeability of certain debts was September 6, 2011.

27    ///

28    ///

**SHULMAN HODGES &
BASTIAN LLP**
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

3.      On August 17, 2011, David K. Eldan, counsel for Pacific Western Bank emailed Debtor's counsel, Mike Neue, regarding whether the Debtor would stipulate to an extension of the September 6, 2011 deadline for Pacific Western Bank to file a complaint under 11 U.S.C. Sections 523 and/or 727.   On August 24, 2011, Debtor's counsel, Mike Neue, replied to the August 17, 2011 email and agreed to a 90-day extension of the deadline for Pacific Western Bank to file a complaint under Bankruptcy Code Sections 523 and/or 727.   A true and correct copy of the email dated August 24, 2011 from Mike Neue to David K. Eldan is attached to the Declaration of Mike D. Neue ("Neue Declaration") as **Exhibit "1"**.

4.      On September 1, 2011, counsel for Pacific Western Bank sent Debtor's counsel an email attaching the Stipulation.  A true and correct copy of the email dated September 1, 2011 from David Eldan to Mike Neue is attached to the Neue Declaration as **Exhibit "2"**.

5.      On September 2, 2011, counsel for Pacific Western Bank sent a follow up email to Debtor's counsel with a question mark.  A true and correct copy of the email dated September 2, 2011 from David Eldan to Mike Neue is attached to the Neue Declaration as **Exhibit "3"**.

6.      On September 5, 2011, Debtor's counsel sent counsel for Pacific Western Bank an email stating that he would send the executed Stipulation on September 6, 2011.  A true and correct copy of the email dated September 5, 2011 from Mike Neue to David Eldan is attached to the Neue Declaration as **Exhibit "4"**.

7.      On September 6, 2011, Debtor's counsel sent his signature to the Stipulation to counsel for Pacific Western Bank.  A true and correct copy of the email dated September 6, 2011 from Mike Neue to David Eldan is attached to the Neue Declaration as **Exhibit "5"**.

8.      On September 7, 2011, the Stipulation was filed.  There was nothing in the discussions between Debtor's counsel and counsel for Pacific Western Bank to indicate that the Stipulation would be filed after September 6, 2011.  A true and correct copy of the filed Stipulation is attached to the Neue Declaration as **Exhibit "6"**.

9.      On September 8, 2011, the Order was entered.  A true and correct copy of the entered Order is attached to the Neue Declaration as **Exhibit "7"**.

///

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

# III.    ARGUMENT

## A.    Rule 60(b) Allows the Order to be Set Aside

Federal Rule of Bankruptcy Procedure 9024 incorporates Federal Rule of Civil Procedure 60 and provides in pertinent part that "Rule 60 F.R.Civ.P. applies in cases under the Code [with certain exceptions relating to time for obtaining relief]." Fed. R. Bankr. Pro. 9024. Rule 60(b) of the Federal Rules of Civil Procedure ("Rule 60(b)") states: "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following [six] reasons." Rule 60(b) then provides six (6) grounds upon which a Court may relieve a party from an order. Fed. R. Civ. Pro. 60(b).

The Debtor requests that the Court set aside the Order on the grounds that one of the following subsections of Rule 60(b) apply: (1) there was a "mistake, inadvertence, surprise, or excusable neglect" (Rule 60(b)(1)); (2) "the judgment is void" (Rule 60(b)(4)); or (3) there is "any other reason that justifies relief" (Rule 60(b)(6)).

### 1.    *The Court Made a Mistake in Entering the Order Because the Stipulation was Not Timely Filed*

Rule 60(b)(1) provides that one ground under which the Court may relieve a party from an order is when there has been a "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. Pro. 60(b)(1). The Ninth Circuit has held that "[b]ecause the words 'mistake' and 'inadvertence' are not so limited, they may include mistake and inadvertence by the judge." *Kingvision Pay-Per-View v. Lake Alice Bar*, 168, F.3d 347, 350 (9th Cir. 1999). In this case, the Stipulation was not timely filed as it was filed after the deadline to file a complaint under Section 523 and/or 727. Therefore, the Court made a mistake in entering the Order.

Rule 4007 of the Federal Rules of Bankruptcy Procedure provide the procedure to be followed when a party requests the court determine dischargeability of debt pursuant to Bankruptcy Code Section 523. Fed. R. Bankr. Pro. 4007. Specifically, Rule 4007(c) provides: "On a motion of a party in interest, after hearing on notice, the court may for cause extend the time fixed under this subdivision. The motion shall be filed *before the time has expired*." Fed. R. Bankr. Pro. 4007(c) (emphasis added). Similarly, Rule 4004 of the Federal Rules of

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

3

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

1   Bankruptcy Procedure provides the procedure for determining whether a discharge will be

2   granted pursuant to Bankruptcy Code Section 727.  Fed. R. Bankr. Pro. 4004.  Like Rule

3   4007(c), Rule 4004(b) provides for an extension of time for filing the complaint, but requires that

4   "the motion shall be filed *before the time has expired*."  Fed. R. Bankr. Pro. 4004(b).

5           The bar dates under Rules 4004(a) and 4007(c) are firm.  Rule 9006(b) of the Federal

6   Rules of Bankruptcy Procedure governs the extension of time.  Rule 9006(b) specifically

7   provides: "The Court may enlarge the time for taking action under Rules . . .4004(a), 4007(c) . . .

8   only to the extent and under the conditions stated in those rules."  Fed. R. Bankr. Pro. 9006(b).

9   As a result, "the Bankruptcy Court has no discretion to enlarge the time for filing a complaint to

10  determine dischargeability if the request is made *after the deadline for filing the complaint*."

11  *Buckeye Gas Products Company v. Rhodes (In re Rhodes)*, 71 B.R. 206, 207 (9th Cir. B.A.P.

12  1986)(emphasis added).  Therefore, courts have held that motions requesting an extension of the

13  deadline to file a complaint to determine dischargeability filed after the deadline are untimely

14  and should therefore be denied.  *See In re Jeffrey*, 169 B.R. 25, 27 (Bankr. D. Ma. 1994)(holding

15  that 'the Court can only extend the time to object to dischargeability, if the Creditor *files* a

16  motion for extension before the 60 day period expires").

17          In this case, the deadline to file a complaint to determine dischargeability of certain debts

18  was September 6, 2011.  Although a motion to extend the deadline was not filed in this case, a

19  stipulation was filed.  A stipulation to extend the deadline is functionally analogous to a motion

20  to extend the deadline as they both request the Court order an extension of time.  The Stipulation

21  was filed on September 7, 2011, one day after the deadline to file a complaint to determine

22  dischargeability of certain debts.  Since the Stipulation was filed after the time to file under

23  Rules 4004(b) and 4007(c) had expired, the Court made a mistake entering the Order on

24  September 8, 2011.  Therefore, under Rule 60(b)(1), the Court made a mistake in entering the

25  Order and relief for the Debtor should be granted.

26  ///

27  ///

28  ///

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

1    **2.    *The Order is Void Because the Filing of the Stipulation was Time-Barred***

2        Rule 60(b)(4) provides that another ground under which the Court may relieve a party

3    from an order is "the judgment is void."  Fed. R. Civ. Pro. 60(b)(4).  As provided above,

4    pursuant to Rules 4004(b) and 4007(c) of Federal Rules of Bankruptcy Procedure, the last day to

5    file the Stipulation was on September 6, 2011.  The filing of the stipulation on September 7,

6    2011 was time-barred under Rules 4004(b) and 4007(c).  Therefore, under Rule 60(b)(4), the

7    Order is void because the filing of the stipulation was time-barred and relief for the Debtor

8    should be granted.

9    **3.    *Injury and Circumstances Beyond His Control Prevented Debtor's Timely***

10    ***Action to Protect His Interest***

11        Rule 60(b)(6) provides that another ground under which the Court may relieve a party

12    from an order is for "any other reason that justifies relief."  Fed. R. Civ. Pro. 60(b)(6).  "Relief

13    under Rule 60(b)(6) will not be granted unless the moving party is able to show both injury and

14    circumstances beyond its control prevented timely action to protect its interest."  *See Gardner v.*

15    *Martino*, 563 F.3d 981, 992 (9th Cir. 2009).

16        The Debtor has been injured by the entry of the Order.  As provided above, the

17    Stipulation was not filed timely and the Order should not have been entered.  Since the Order

18    was entered, the Debtor now has to wait over two months to see whether Pacific Western Bank

19    will file a complaint under 11 U.S.C. Sections 523 and/or 727.  If the Order had not been

20    entered, the Debtor would now know with certainty that Pacific Western Bank could no longer

21    file a complaint under 11 U.S.C. Sections 523 and/or 727.

22        Additionally, circumstances beyond his control prevented the Debtor from timely action

23    to protect his interest.  There was nothing in the discussions between Debtor's counsel and

24    counsel for Pacific Western Bank to indicate that the Stipulation would be filed after September

25    6, 2011 or after the deadline under Rules 4004(a) and 4007(c) of the Federal Rules of

26    Bankruptcy Procedure.  Debtor's counsel sent the executed Stipulation to counsel for Pacific

27    Western Bank on September 6, 2011 expecting that the Stipulation would be filed timely.

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

5

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

1    Relief under Rule 60(b)(6) should be granted because the Debtor has shown both that he

2    has been injured by the entry of the Order and that circumstances beyond his control prevented

3    him from timely action to protect his interest.  Therefore, the Debtor requests that the Court set

4    aside the Order.

5    **B.      The Motion is Timely**

6          The motion to vacate under Rule 9024 must be made within a reasonable time, meaning

7    before irrevocable acts have occurred and before other persons can be injured by the movant's

8    inaction.  *In re Lovey*, 182 B.R. 827 (9th Cir. BAP 1995); *In re Johnson*, 13 B.R. 342,348

9    (Banks. D. Minn. 1981).  Here, the Order was entered less than two (2) weeks ago and it is the

10   Debtor's understanding that the status quo has been maintained and no harm or prejudice will

11   result by granting the instant Motion.  Therefore, the Debtor respectfully requests the Court set

12   aside the Order.

13                           **IV.      CONCLUSION**

14         Based on the foregoing, Debtor respectfully requests that the Court set aside the Order

15   and grant such other relief as the Court deems just and proper.

16                              Respectfully submitted,

17                              **SHULMAN HODGES & BASTIAN LLP**

18

19   Dated: September 22, 2011         */s/ Rika M. Kido*
                                       James C. Bastian, Jr.
20                                     Rika M. Kido
                                       Attorneys for Dale A. Williams
21

22

23

24

25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

6

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

# DECLARATION

## DECLARATION OF MIKE D. NEUE

I, Mike D. Neue, declare:

1.      I am a partner in The Lobel Firm, general reorganization counsel in the Chapter 11 case of Dale Alfred Williams (the "Debtor").  I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would, competently testify thereto.

2.      I make this declaration in support of the Debtor's Motion to Set Aside the Order Granting Stipulation to Extend Time Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523 and/or 727 (the "Motion").

3.      As provided in the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines filed on June 2, 2011, the deadline to file a complaint to determine dischargeability of certain debts was September 6, 2011.

4.      On August 17, 2011, David K. Eldan, counsel for Pacific Western Bank emailed me regarding whether the Debtor would stipulate to an extension of the September 6, 2011 deadline for Pacific Western Bank to file a complaint under 11 U.S.C. Sections 523 and/or 727. On August 24, 2011, I replied to the August 17, 2011 email and indicated that the Debtor had agreed to a 90-day extension of the deadline for Pacific Western Bank to file a complaint under Bankruptcy Code Sections 523 and/or 727.  A true and correct copy of my email to David K. Eldan dated August 24, 2011 is attached hereto as **Exhibit "1"**.

10.     On September 1, 2011, counsel for Pacific Western Bank sent me an email attaching the Stipulation to Extend Time Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523 and/or 727 ("Stipulation").  A true and correct copy of the email dated September 1, 2011 from David Eldan to me is attached hereto as **Exhibit "2"**.

11.     On September 2, 2011, counsel for Pacific Western Bank sent a follow up email to me with a question mark.  A true and correct copy of the email dated September 2, 2011 from David Eldan to me is attached hereto as **Exhibit "3"**.

12.     On September 5, 2011, I sent counsel for Pacific Western Bank an email stating that he would send the executed Stipulation on September 6, 2011.  A true and correct copy of my email dated September 5, 2011 to David Eldan is attached hereto as **Exhibit "4"**.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

7

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

13.    On September 6, 2011, I sent the executed Stipulation to counsel for Pacific Western Bank. A true and correct copy of my email dated September 6, 2011 to David Eldan is attached hereto as **Exhibit "5"**.

14.    On September 7, 2011, the Stipulation was filed. There was nothing in the discussions between myself and counsel for Pacific Western Bank to indicate that the Stipulation would be filed after September 6, 2011. A true and correct copy of the filed Stipulation is attached hereto as **Exhibit "6"**.

15.    On September 8, 2011, the Order Granting Stipulation to Extend Time Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523 and/or 727 ("Order") was entered. A true and correct copy of the entered Order is attached hereto as **Exhibit "7"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of September, 2011 at Newport Beach, California.

Mike D. Neue

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

8

Z:\W-X\Williams, Dale\Pld\Motion to Set Aside Order Final.doc
7777-000/WIL/56

# EXHIBIT 1

**Rika Kido**

| | |
|---|---|
| **From:** | MIke Neue |
| **Sent:** | Wednesday, August 24, 2011 6:07 PM |
| **To:** | David K. Eldan |
| **Cc:** | William  Lobel |
| **Subject:** | RE: PWB / Williams -- extension of 523/727 bar date. |

The Debtor will consent to a 90 day extension of the deadline.

---

**From:** David K. Eldan [mailto:deldan@pmcos.com]
**Sent:** Wednesday, August 17, 2011 4:18 PM
**To:** Mike Neue
**Subject:** PWB / Williams -- extension of 523/727 bar date.


Mike:

Will the debtor stipulate to an extension of the 523/727 deadline, which otherwise runs on September 6?  Please advise.
Thanks.

David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

EXHIBIT "1"

**Rika Kido**

| | |
|---|---|
| **From:** | David K. Eldan [deldan@pmcos.com] |
| **Sent:** | Wednesday, August 24, 2011 6:20 PM |
| **To:** | MIke Neue |
| **Cc:** | William  Lobel |
| **Subject:** | RE: PWB / Williams -- extension of 523/727 bar date. |

Thanks.

>>> Mike Neue <MNeue@thelobelfirm.com> 8/24/2011 6:07 PM >>>

The Debtor will consent to a 90 day extension of the deadline.

---

**From:** David K. Eldan [mailto:deldan@pmcos.com]
**Sent:** Wednesday, August 17, 2011 4:18 PM
**To:** Mike Neue
**Subject:** PWB / Williams -- extension of 523/727 bar date.


Mike:

Will the debtor stipulate to an extension of the 523/727 deadline, which otherwise runs on September 6?  Please advise.
Thanks.

David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

EXHIBIT "1"

# **EXHIBIT 2**

**Rika Kido**

| | |
|---|---|
| **From:** | David K. Eldan [deldan@pmcos.com] |
| **Sent:** | Thursday, September 01, 2011 6:57 PM |
| **To:** | MIke Neue |
| **Subject:** | PWB / Williams -- stip to extend 523/727 deadline |
| **Attachments:** | DOCS-#383980-v1-Stipulation_to_extend_deadline_for_filing_complaint_under_sections_523_or_727.pdf |

Please date, sign and e-mail back to me.  Thanks.


David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

EXHIBIT "2"

# EXHIBIT 3

**Rika Kido**

| | |
|---|---|
| **From:** | David K. Eldan [deldan@pmcos.com] |
| **Sent:** | Friday, September 02, 2011 6:22 PM |
| **To:** | Mike Neue |
| **Subject:** | Re: PWB / Williams -- stip to extend 523/727 deadline |
| **Attachments:** | DOCS-#383980-v1-Stipulation_to_extend_deadline_for_filing_complaint_und.pdf |

?

>>> David K. Eldan 9/1/2011 6:56 PM >>>
Please date, sign and e-mail back to me.  Thanks.

David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

EXHIBIT "3"

# EXHIBIT 4

**Rika Kido**

| | |
|---|---|
| **From:** | MIke Neue |
| **Sent:** | Monday, September 05, 2011 12:41 AM |
| **To:** | David K. Eldan |
| **Subject:** | RE: PWB / Williams -- stip to extend 523/727 deadline |

I'll send you the sig page and a draft stip on the R/S order on Tues.

---

**From:** David K. Eldan [mailto:deldan@pmcos.com]
**Sent:** Friday, September 02, 2011 6:22 PM
**To:** Mike Neue
**Subject:** Re: PWB / Williams -- stip to extend 523/727 deadline

?

>>> David K. Eldan 9/1/2011 6:56 PM >>>
Please date, sign and e-mail back to me.  Thanks.

David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

EXHIBIT "4"

# EXHIBIT 5

**Rika Kido**

| | |
|---|---|
| **From:** | MIke Neue |
| **Sent:** | Tuesday, September 06, 2011 3:15 PM |
| **To:** | David K. Eldan |
| **Cc:** | William  Lobel |
| **Subject:** | RE: PWB / Williams -- stip to extend 523/727 deadline |
| **Attachments:** | 2011_09_06_15_14_22.pdf |

Here is my signature.

---

**From:** David K. Eldan [mailto:deldan@pmcos.com]
**Sent:** Friday, September 02, 2011 6:22 PM
**To:** Mike Neue
**Subject:** Re: PWB / Williams -- stip to extend 523/727 deadline

?

> > > David K. Eldan 9/1/2011 6:56 PM > > >
Please date, sign and e-mail back to me.  Thanks.


David K. Eldan
Parker, Milliken, Clark, O'Hara, Samuelian
555 So. Flower Street
Thirtieth Floor
Los Angeles, CA 90071-2440
213 683 6500 (Phone)
213 683 6520 (Direct)
213 683 6669 (Fax)
deldan@pmcos.com

1

EXHIBIT "5"

# EXHIBIT 6

1   David K. Eldan SBN 163592
    PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
2   A Professional Corporation
    555 S. Flower St., 30th Floor
3   Los Angeles, California 90071-2440
    Telephone:    (213) 683-6500
4   Facsimile:    (213) 683-6669
    deldan@pmcos.com
5
    Attorneys for Secured Creditor
6   PACIFIC WESTERN BANK

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                           (SANTA ANA DIVISION)

11  In re:                          Case no.:    8:11-bk-17595-RK
                                    Case filed:  May 27, 2011
12  DALE A. WILLIAMS,               Chapter 11

13                                  STIPULATION TO EXTEND TIME WITHIN
                                    WHICH PACIFIC WESTERN BANK MAY
14                                  FILE COMPLAINT UNDER 11 U.S.C.
                                    SECTIONS 523 AND/OR 727
15

16              Debtor.

17        Pacific Western Bank (the "Bank") and Debtor Dale A. Williams (the "Debtor") hereby

18  stipulate that the deadline for the Bank to file a complaint objecting to Williams's discharge under

19  11 U.S.C. section 727 and/or to the discharge of specific debts owed to the Bank by Williams

20  under 11 U.S.C. section 523, which would otherwise run on or about September 6, 2011, shall be,

21  and hereby is, extended through December 5, 2011.

22

23  September 7, 2011                        September 6, 2011

24  Parker, Milliken, Clark, O'Hara & Samuelian    The Lobel Firm, LLP

25  By:                                       By:
        David K. Eldan                            Mike Neue
26  Attorneys for Pacific Western Bank         Attorneys for Dale A. Williams

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

                    STIPULATION TO EXTEND 523/727 DEADLINE
383980 51686.1055

EXHIBIT "6"

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 555 S. Flower St., 30th Fl., Los Angeles, CA 90071-2440

A true and correct copy of the foregoing document described as **STIPULATION TO EXTEND TIME WITHIN WHICH PACIFIC WESTERN BANK MAY FILE COMPLAINT UNDER 11 U.S.C. SECTIONS 523 AND/OR 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 7, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **September 7, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/07/11 | Rosemary Pinal | /s/ Rosemary Pinal |
|---------|----------------|---------------------|
| Date | Type Name | Signature |

#380902 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    F 9013-3.1.PROOF.SERVICE

EXHIBIT "6"

## SERVICE LIST

### I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Sharon R Biederman    akiba1708@yahoo.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
Ramesh Singh    claims@recoverycorp.com
Adam M Starr    starra@gtlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

### II. **SERVED BY OVERNIGHT MAIL**
*Judge's Copy*
The Hon. Robert N. Kwan
U.S. Bankruptcy Court-Santa Ana Division
411 W. Fourth Street, Ste. 5165
Santa Ana, CA 92701-4593

### II. **ALSO SERVED BY U.S. MAIL**

| | |
|---|---|
| *Debtor*<br>Dale Alfred Williams<br>2914 West Oceanfront<br>Newport Beach, CA 92663 | *Debtor's Attorney*<br>James E Till, Esq.<br>Mike D Neue, Esq.<br>840 Newport Center Dr Ste 750<br>Newport Beach, CA 92660 |
| *U.S. Trustee*<br>Office of the United States Trustee<br>Santa Ana Division<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-4593 | *Attorney for U.S. Trustee*<br>Nancy S Goldenberg<br>411 W Fourth St Ste 9041<br>Santa Ana, CA 92701-8000 |
| *Creditor Committee*<br>Official Committee Of Unsecured Creditors<br>Robert E Opera<br>660 Newport Center Dr., Ste 400<br>Newport Beach, CA 92660 | |

#380902 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT "6"

# EXHIBIT 7

1  David K. Eldan SBN 163592
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
2  A Professional Corporation
555 S. Flower St., 30th Floor
3  Los Angeles, California 90071-2440
Telephone:    (213) 683-6500
4  Facsimile:     (213) 683-6669
deldan@pmcos.com
5
Attorneys for Creditor PACIFIC WESTERN BANK
6

```
FILED & ENTERED

     SEP 08 2011

CLERK U.S. BANKRUPTCY COURT
 Central District of California
BY mccall    DEPUTY CLERK
```

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   (SANTA ANA DIVISION)

11

12  In re:                          Case no.:    8:11-bk-17597-RK
                                     Chapter:     11
13  DALE A. WILLIAMS,
                                     ORDER GRANTING STIPULATION
14                                   TO EXTEND TIME WITHIN WHICH
            Debtor.                  PACIFIC WESTERN BANK MAY FILE
15                                   COMPLAINT UNDER 11 U.S.C. SECTIONS
                                     523 AND/OR 727
16

17

18

19

20        Pacific Western Bank (the "Bank") and Debtor Dale A. Williams ("Debtor") having filed

21  a "Stipulation to Extend Time Within Which Pacific Western Bank May File Complaint under 11

22  U.S.C. Sections 523 and/or 727" (the "Stipulation") with the Court on September 7, 2011, Docket

23  Entry No. 54, and good cause appearing therefore,

24        1.    The Stipulation is **Granted**; and

25

26        //

27        //

28

ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN TO FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727

384153  51686.1055

EXHIBIT "7"

2.      The time in which the Bank may file a complaint against Debtors under 11 U.S.C.
§ 523 and/or 11 U.S.C. § 727 is extended through December 5, 2011.


**IT IS SO ORDERED.**


### ###


DATED: September 8, 2011

_____
United States Bankruptcy Judge

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -

ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN TO FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727

384153  51686.1055

EXHIBIT "7"

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in
Category I. Proposed orders do not generate an NEF because only orders that have been entered are
2  placed on the CM/ECF docket.

3  # PROOF OF SERVICE OF DOCUMENT

4  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business
address is: 555 S. Flower St., 30th Fl., Los Angeles, CA 90071-2440
5
A true and correct copy of the foregoing document described as **[PROPOSED] ORDER GRANTING
6  STIPULATION  TO EXTEND TIME WITHIN WHICH PACIFIC WESTERN BANK MAY FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727** will be served or was served **(a)** on the judge in
7  chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

8  I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served
9  by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this
bankruptcy case or adversary proceeding and determined that the following person(s) are on the
10  Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

11  ☐ Service information continued on attached page

12  II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **_9/07/11_**, I served the following person(s) and/or entity(ies) at the last known address(es) in this
13  bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as
14  follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later
than 24 hours after the document is filed.
15
16  SEE  SERVICE LIST ATTACHED

17  ☒ Service information continued on attached page

18  III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **_9/07/11,_** I served the
19  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such
service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a
20  declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document
is filed.

21  ☒ Service information continued on attached page

22  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.
23

| Date | Type Name | Signature |
|------|-----------|-----------|
| 09/07/11 | Rosemary Pinal | /s/ Rosemary Pinal |

25

26

27

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -
ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN TO FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727

384153  51686.1055

EXHIBIT "7"

1

**ADDITIONAL SERVICE LIST**

2

3  **III.  SERVED BY EMAIL**
Sharon R Biederman    akiba1708@yahoo.com
4  J Scott Bovitz    bovitz@bovitz-spitzer.com
David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
5  Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
6  Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert E Opera    ropera@winthropcouchot.com,
7  sconnor@winthropcouchot.com;pj@winthropcouchot.com
Ramesh Singh    claims@recoverycorp.com
8  Adam M Starr    starra@gtlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

9

10

11  **II.  SERVED BY OVERNIGHT MAIL**
*Judge's Copy*
12  The Hon. Robert N. Kwan
U.S. Bankruptcy Court-Santa Ana Division
13  411 W. Fourth Street, Ste. 5165
Santa Ana, CA 92701-4593

14

15  **II. SERVED BY U.S. MAIL**

| *Debtor* | *Debtor's Attorney* |
|---|---|
| Dale Alfred Williams | James E Till, Esq. |
| 2914 West Oceanfront | Mike D Neue, Esq. |
| Newport Beach, CA 92663 | 840 Newport Center Dr Ste 750 |
|  | Newport Beach, CA 92660 |
| *U.S. Trustee* | *Attorney for U.S. Trustee* |
| Office of the United States Trustee | Nancy S Goldenberg |
| Santa Ana Division | 411 W Fourth St Ste 9041 |
| 411 W Fourth St., Suite 9041 | Santa Ana, CA 92701-8000 |
| Santa Ana, CA 92701-4593 |  |
| *Creditor Committee* |  |
| Official Committee Of Unsecured Creditors |  |
| Robert E Opera |  |
| 660 Newport Center Dr., Ste 400 |  |
| Newport Beach, CA 92660 |  |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 4 -
ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN TO FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727

384153  51686.1055

EXHIBIT "7"

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION  TO EXTEND TIME WITHIN WHICH PACIFIC WESTERN BANK MAY FILE COMPLAINT UNDER 11 U.S.C. SECTIONS 523 AND/OR 727** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_September 7, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Sharon R Biederman    akiba1708@yahoo.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert E Opera    ropera@winthropcouchot.com,
sconnor@winthropcouchot.com;pj@winthropcouchot.com
Ramesh Singh    claims@recoverycorp.com
Adam M Starr    starra@gtlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
*Debtor*
Dale Alfred Williams
2914 West Oceanfront
Newport Beach, CA 92663

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 5 -
ORDER GRANTING STIPULATION TO EXTEND TIME WITHIN TO FILE COMPLAINT
UNDER 11 U.S.C. SECTIONS 523 AND/OR 727

384153  51686.1055

EXHIBIT "7"

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **8105 Irvine Center Drive, Suite 600, Irvine, California 92618.**

A true and correct copy of the foregoing document described as **MOTION TO SET ASIDE THE ORDER OF GRANTING STIPULATION TO EXTEND TIME WITHIN WHICH PACIFIC WESTERN BANK MAY FILE COMPLAINT UNDER 11 U.S.C. SECTIONS 523 AND/OR 727; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF MIKE D. NEUE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 22, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Sharon R Biederman    akiba1708@yahoo.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Ramesh Singh    claims@recoverycorp.com
- Adam M Starr    starra@gtlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 22, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Judge's Copy – Via U.S. Mail** | **Debtor – Via U.S. Mail** |
|---|---|
| U.S. Bankruptcy Court | Dale A. Williams |
| Honorable Robert N. Kwan | 2914 West Oceanfront |
| 411 West Fourth Street | Newport Beach, CA 92663 |
| Bin Outside Room 5097 | |
| Santa Ana, CA 92701 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 22, 2011 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-1.1**

| In re | CHAPTER: 11 |
|---|---|
| DALE A. WILLIAMS | |
| Debtor(s). | CASE NO.: 8:11-bk-17595-RK |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8105 Irvine Center Drive, Suite 600, Irvine, California 92618

A true and correct copy of the foregoing document described as <u>Notice of Hearing on Motion to Set Aside Order Granting Stipulation to Extend</u> <u>Time Within Which Pacific Western Bank May File Complaint Under 11 U.S.C. Sections 523 and/or 727</u>   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  9/22/11   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  9/22/11   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/22/11 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-1.1**

Notice of Motion (with Hearing) - *Page 3*                                        **F 9013-1.1**

| In re | CHAPTER: 11 |
|---|---|
| DALE A. WILLIAMS | |
| Debtor(s). | CASE NO.: 8:11-bk-17595-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

NEF SERVICE LIST

• Sharon R Biederman     akiba1708@yahoo.com
• J Scott Bovitz     bovitz@bovitz-spitzer.com
• David K Eldan     malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com
• Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
• Mark S Horoupian     mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
• Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
• Robert E Opera     ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
• Ramesh Singh     claims@recoverycorp.com
• Adam M Starr     starra@gtlaw.com
• James E Till     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
• United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

U.S. MAIL SERVICE LIST

Judge's Copy
U.S. Bankruptcy Court
Honorable Robert N. Kwan
411 West Fourth Street
Bin Outside Room 5097
Santa Ana, CA 92701

Debtor
Dale A. Williams
2914 West Oceanfront
Newport Beach, CA 92663

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.