

**FILED & ENTERED**

**APR 09 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DALE ALFRED WILLIAMS,<br><br>                Debtor. | Case No. 2:12-bk-15652-RK<br><br>Chapter 11<br><br>**ORDER FOR SETTLEMENT CONFERENCE** |

TO DEBTOR DALE ALFRED WILLIAMS, THE UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, THE INTERNAL REVENUE SERVICE, AND THEIR COUNSEL OF RECORD:

    As previously discussed with Debtor Dale Alfred Williams, the United States of America, on behalf of the Internal Revenue Service, and their counsel of record, the court orders that Debtor and the United States participate in a settlement conference before the Honorable Mark S. Wallace, United States Bankruptcy Judge, of this court regarding the objection of Debtor to the claim of the Internal Revenue Service. Counsel for Debtor and United States are ordered to contact Judge Wallace's chambers to

///

schedule the settlement conference and to receive Judge Wallace's instructions for participation in the settlement conference.

The parties are ordered to file a joint statement with this court that they have so contacted Judge Wallace's chambers to arrange the settlement conference on or about April 30, 2019.

IT IS SO ORDERED.

###

Date: April 9, 2019

_____
Robert Kwan
United States Bankruptcy Judge