MINNA C. YANG (State Bar No. 187599)
myang@wkblaw.com
CHRISTIAN A. SPECK (State Bar No. 148967)
cspeck@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS, LLP**
10640 Mather Blvd., Suite 200
Mather, CA 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

**WILLIAM N. LOBEL** (State Bar No. 93202)
wlobel@pszjlaw.com
**PACHULSKI STANG ZIEHL & JONES LLP**
650 Town Center Dr., Ste. 1500
Costa Mesa, CA 92626
Telephone:   (714) 384-4740
Facsimile:    (714) 384-4741

Counsel for Debtor and Debtor-in-Possession
DALE A. WILLIAMS

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DALE ALFRED WILLIAMS,<br><br>Debtor and Debtor-in-Possession. | Case No.  2:12-bk-15652 RK<br><br>Chapter 11<br><br>**JOINT STATUS REPORT** |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

1.   Dale Alfred Williams (the "Debtor") and the United States of America on behalf of its agency, the Internal Revenue Service ("IRS," and with the Debtor, the "Parties"), have met and conferred regarding a settlement conference in connection with the *Debtor's Objection to Claim of Internal Revenue Service [Claim No. 11-3] and Motion for an Order Determining Certain Tax Liability of the Estate Pursuant to Section 505(a) of the Bankruptcy Code.*

2.    On April 8, 2019, the Court issued its Findings of Fact on Phase 1 of the Trial on Debtor's Objection to the Claim of Internal Revenue Service.

3.    On April 8, 2019, the Court also issued its Ruling on Issues of Law Litigated in Phase 1 of Trial.

4.    On April 9, 2019, the Parties were ordered to participate in a settlement conference before Judge Mark S. Wallace of the United States Bankruptcy Court, Central District.

5.    Counsel for Debtor and Counsel for the United States were ordered to contact Judge Wallace's chambers to schedule the settlement conference and file a joint statement by April 30, 2019.

6.    The Parties have met and conferred regarding their available dates for the settlement conference and on April 26, 2019, Judge Wallace was contacted for available dates on which to hold the settlement conference.

7.    Pursuant to the Parties' meet and confer, the Government and the Debtor proposed numerous dates in July and August to Judge Wallace. However, Judge Wallace's calendar was not open on any of the Parties suggested dates.

8.    Judge Wallace's available dates for the settlement conference are June 21, 2019, and September 20, 2019.

9.    Debtor Williams prefers the earlier June date.

10.    Based on Judge Wallace's availability, the United States has requested that the settlement conference be scheduled on September 20, 2019, for the reasons that follow. The United States, along with its agency the IRS, is making every effort to attempt to resolve this case without the need for a Phase II trial or, alternatively, to narrow the issues for a Phase II trial. In order to facilitate resolution, the IRS is attempting to complete various computations based on the Court's Rulings issued on April 8, 2019. The United States believes that these computations will facilitate the resolution of this case and wants to have these computations completed prior to the settlement conference date so that the parties may have a meaningful settlement conference with Judge Wallace. According to the IRS, due to the federal government shutdown from December 22, 2018 through January 25, 2019, it has been required to extend its limited resources

in the last couple of months since the government reopened; and, consequently, is requesting some additional time to complete these computations. Furthermore, the IRS is requesting some additional time because it may need to coordinate with IRS Counsel on some of the issues involving the computations. For all of these reasons, the IRS is requesting additional time to complete its computations and have an opportunity to work with Debtor to try to resolve the case and avoid the need for Phase II trial.

Dated: April 30, 2019

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS, LLP


By: /s/ Minna C. Yang
    MINNA C. YANG
    CHRISTIAN A. SPECK
    Special Tax Co-Counsel for Debtor
    DALE WILLIAMS

//////

/////

Dated: April ____, 2019

PACHULSKI STANG ZIEHL & JONES LLP


By: _____
    WILLIAM N. LOBEL
    Counsel for Debtor
    DALE WILLIAMS

Dated: April 30, 2019

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


By: _____
    NAJAH J. SHARIFE
    Assistant United States Attorney
    Attorneys for the United States of America

{14280.00200 / 01389197.DOCX.1}    3
STIPULATION TO CONTINUE STATUS CONFERENCE