NICOLAS T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
    Facsimile: (213) 894-0115
    E-mail: najah.shariff@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DALE ALFRED WILLIAMS.<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:12-bk-15652-RK<br><br>Chapter 11<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>**Currently Scheduled Hearing**:<br>Hearing Date:  July 3, 2019<br>Time:             11:00 a.m.<br>Courtroom:    1568<br>Location:       255 E. Temple Street<br>                   Suite 1560<br>                   Los Angeles, CA 90012<br><br>**Requested Hearing**:<br>Hearing Date:  July 17, 2019<br>Time:             11:00 a.m.<br>Courtroom:    1568<br>Location:       255 E. Temple Street<br>                   Suite 1560<br>                   Los Angeles, CA 90012 |

    The United States of America ("United States") on behalf of its agency, the Internal Revenue Service ("IRS"), and the Debtor Dale Williams. ("Debtor") (collectively "Parties"), through their respective counsel of record, enter in this *Stipulation to Continue the Status*

-1-

1 | *Conference* based upon the following facts and circumstances:

## RECITALS

2 | 1. A Status Conference is scheduled for Wednesday July 3, 2019, at 11:00 AM in this matter.

3 | 2. Counsel for the United States, Najah J. Shariff ("AUSA Shariff"), has an unexpected family matter to attend to requiring her to be out of the country during the week of July 1, 2019.

4 | 3. Consequently, AUSA Shariff will not be able to attend the scheduling conference on July 3, 2019.

5 | 4. AUSA Shariff has met and conferred with Debtor's counsel to continue the Status Conference from July 3, 2019, to July 17, 2019.

6 | 5. Counsel for the Debtor has agreed to this short continuance.

7 | 6. Therefore, the Parties have agreed to stipulate to continue the Status Conference as set forth below.

## STIPULATION

NOW THEREFORE, in consideration of the foregoing recitals, which are fully incorporated herein by this reference, the Parties agree as follows:

A. The Parties request to continue the Status Conference from Wednesday July 3, 2019, at 11:00 a.m. to Wednesday July 17, 2019, at 11:00 a.m., or to such date and time thereafter as is convenient for the Court.

///
///
///
///
///
///
///
///

1  IT IS SO STIPULTED AND AGREED.

2  Dated: May 31, 2019

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS, LLP

By: _____
MINNA C. YANG
CHRISTIAN A. SPECK
Special Tax Co-Counsel for Debtor
DALE WILLIAMS

Dated: May ____, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
WILLIAM N. LOBEL
ALAN J. FRIEDMAN
Counsel for Debtor
DALE WILLIAMS

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Date: May 31, 2019

By: /s/ Najah J. Shariff_____
NAJAH J. SHARIFF
Assistant United States Attorney
Attorneys for the UNITED STATES OF
AMERICA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 N. Los Angeles Street, Room 7211
Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*):  Stipulation to Continue Status Conference  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  06/03/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  06/03/2019 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  06/03/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Personal Delivery)

Honorable Robert N. Kwan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/03/2019 | Barbara Le | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**PROOF OF SERVICE OF DOCUMENT (Attachment)**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Sharon R Biederman    akiba1708@yahoo.com
- Carl P Blaine    cewing@wkblaw.com
- Vivian Bodey    vivian.bodey@irscounsel.treas.gov
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Joseph H Catmull    jcatmull@pacificwesternbank.com
- Thomas W Dressler
- Meredith R Edelman    meredith.edelman@dlapiper.com
- David K Eldan    malvarado@pmcos.com, efilings@pmcos.com
- David K Eldan    malvarado@pmcos.com, efilings@pmcos.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Richard H Golubow    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Katherine Gough    , enewham@squarmilner.com
- Kavita Gupta    kgupta@guptaferrer.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Sarah Cate Hays    shays@marshackhays.com, 8649808420@filings.docketbird.com
- Ronald S Hodges    rhodges@shbllp.com, bbailey@shbllp.com
- Garrick A Hollander    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Jill M Holt Golubow    jgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, dwalker@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com
- Rika Kido    rkido@shbllp.com, avernon@shbllp.com
- Jeannie Kim    jkim@buchalter.com, docket@buchalter.com
- Peter W Lianides    plianides@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mike D Neue    mneue@dynamic-law.com, mwjaraki@me.com
- Robert E Opera    ropera@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Bertrand Pan    bertpan2000@gmail.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- Renee M Parker    renee.parker@mtglawfirm.com, bknotice@earthlink.net
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Bobby Samini    saminicourtnotice@gmail.com, bobby.samini@saminicohen.com;nicoleprado@saminicohen.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- Thomas E Shuck    efilings@pmcos.com
- Leonard M Shulman    lshulman@shbllp.com
- Ramesh Singh    claims@recoverycorp.com
- Ramesh Singh    claims@recoverycorp.com
- Adam M Starr    starra@gtlaw.com, laik@gtlaw.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- James E Till    jtill@btntlaw.com, maraki@btntlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com
- Gilbert B Weisman    notices@becket-lee.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- Minna C Yang    myang@wkblaw.com, cewing@wkblaw.com
- Hatty K Yip    hatty.yip@usdoj.gov

2. **TO BE SERVED BY UNITED STATES MAIL:**

   Dale Alfred Williams
   1024 Bayside Drive #384
   Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**